AARON D. FORD
Attorney General
ROBERT DELONG, Bar No. 10022
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>J. YOUNGBLOOD, et al.,<br><br>Defendants. | Case No. 3:16-cv-00693-MMD-CBC<br><br>**MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT**<br>(First Request) |

Defendants D Aja, Isidro Baca, Ruben Diaz-Ramirez, Jo Gentry, Holly Skulstad, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move for an extension to the motion for summary judgment deadline in this case because there is a pending Notice Regarding Intention to Dismiss (ECF No. 30). This motion is made and based upon the following Memorandum of Points and Authorities and all of the pleadings and papers on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

This is Defendants' first request for an extension of time to extend the deadline to file motions for summary judgment. The present deadline to file motions for summary judgment is Monday, January 28, 2019. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants request this extension because key defendants in this matter, correctional officers involved in the alleged events, may be dismissed from the matter on February 7, 2019. This Court entered its Notice Regarding Intention to Dismiss Pursuant to Rule 4(m) of The Federal Rules of Civil Procedure (ECF No. 30) on January 8, 2019. The notice

states that this action may be dismissed without prejudice as to Defendants Mark Brown, Johnny Youngblood, Miller, and Correctional Officer Robbinson unless proof of service is filed with the clerk by February 7, 2019. As of the date of this filing, undersigned counsel is not aware of any such filing. Defendants herein request this extension in an effort to promote judicial economy because they intend to file a single joint motion for summary judgment with all defendants remaining in the case.

Defendants assert that good cause exists for this Court to enlarge the time allowed for them to file a motion for summary judgment, and request that the deadline to file summary judgment motions be extended to no later than thirty (30) days from the deadline for Plaintiff to file a proof of service, Monday, March 11, 2019. This request is made in good faith and not for the purpose of delay. The Defendants respectfully submit that none of the parties will be prejudiced by the extension of time sought.

DATED this 28th day of January, 2019.

AARON D. FORD
Attorney General

By: /s/ Robert W. DeLong
Robert W. DeLong
Deputy Attorney General
State of Nevada
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 1/30/2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 28th day of January, 2019, I caused to be deposited for mailing, a true and correct copy of the foregoing, **MOTION FOR EXTENSION OF TIME (FIRST REQUEST)**, on the following:

LAUSTEVEION JOHNSON #82138
HIGH DESERT STATE PRISON
P.O. BOX 650
INDIAN SPRINGS, NV 89070

*Mackenzie Hodges*
An employee of the
Office of the Attorney General

3