UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>J. YOUNGBLOOD, *et al.*,<br><br>Defendants. | Case No. 3:16-cv-00693-MMD-CBC<br><br>ORDER |

The Complaint in this action was filed on December 12, 2017. (ECF No. 6.) The Court issued a notice of intent to dismiss Mark Brown, Johnny Youngblood, Miller, and C/O Robinson under Fed. R. Civ. P. 4(m) unless proof of service was filed by February 7, 2019. (ECF No. 30.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Mark Brown, Johnny Youngblood, Miller, and C/O Robinson are dismissed without prejudice.

DATED THIS 11th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE