AARON D. FORD
  Attorney General
ROBERT DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants
D. Aja, Isidro Baca, Ruben
Diaz-Ramirez, Jo Gentry, Holly
Skulstad, and Brian Williams*



FILED __ RECEIVED
ENTERED __ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 2 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 3:16-cv-00693-MMD-CBC |
| Plaintiff, | |
| vs. | **MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT** |
| J. YOUNGBLOOD, et al., | (Second Request) |
| Defendants. | |

Defendants, D. Aja, Isidro Baca, Ruben Diaz-Ramirez, Jo Gentry, Holly Skulstad, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move for an extension to the motion for summary judgment deadline in this case because undersigned counsel was out of the office for family medical leave. This motion is made and based upon the following Memorandum of Points and Authorities and all of the pleadings and papers on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

This is Defendants' Second request for an extension of time to extend the deadline to file motions for summary judgment. Defendants filed an initial motion to extend the dispositive motion deadline on January 28, 2019 (ECF No. 31), because there was a pending Notice Regarding Intention to Dismiss (ECF No. 30). This Court entered an Order (ECF No. 32) extending the deadline to file motions for summary judgment until today, March 11, 2019. Unexpectedly, undersigned counsel was

1

1  required to take March 6th, 7th, and 8th off for family medical leave and was unable to complete
2  Defendants' Motion for Summary Judgment. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants
3  respectfully request an additional 10 days to file a motion for summary judgment in this matter, or until
4  March 21, 2019.

5      Defendants assert that good cause exists for this Court to enlarge the time allowed for them to file a
6  motion for summary judgment, and request that the deadline to file summary judgment motions be
7  extended to no later than Thursday, March 21, 2019. This request is made in good faith and not for the
8  purpose of delay. The Defendants respectfully submit that none of the parties will be prejudiced by the
9  extension of time sought.

10     DATED this 11th day of March, 2019.

AARON D. FORD
Attorney General

By: _____
Robert W. DeLong
Deputy Attorney General
State of Nevada
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 3/12/2019