AARON D. FORD
  Attorney General
ROBERT DELONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants D. Aja,
Isidro Baca, Ruben Diaz-Ramirez,
Jo Gentry, Holly Skulstad
and Brian Williams*

FILED / ENTERED
MAR 25 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORDER

LAUSTEVEION JOHNSON,

  Plaintiff,

vs.

J. YOUNGBLOOD, et al.,

  Defendants.

Case No. 3:16-cv-00693-MMD-CBC

**MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT**
(Third Request)

Defendants, D. Aja, Isidro Baca, Ruben Diaz-Ramirez, Jo Gentry, Holly Skulstad, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move for an extension to the motion for summary judgment deadline in this case because defendants are still waiting to receive a finalized declaration that they intend to use in the summary judgment motion, and because Defendants are attempting to settle the matter. This motion is made and based upon the following Memorandum of Points and Authorities and all of the pleadings and papers on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

This is Defendants' Third request for an extension of time to extend the deadline to file motions for summary judgment. The present deadline for the filing of dispositive motions in this matter is today, March 21, 2019. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants respectfully request an additional 14 days to file a motion for summary judgment in this matter, or until April 4, 2019, because

1

Defendants are still waiting to receive a finalized declaration that they intend to use in the summary judgment motion, and because Defendants are attempting to settle the matter with the Plaintiff. Undersigned counsel has scheduled a call with the Plaintiff tomorrow to conduct additional settlement discussions based on correspondence received from Plaintiff.

Defendants assert that good cause exists for this Court to enlarge the time allowed for them to file a motion for summary judgment, and request that the deadline to file summary judgment motions be extended to no later than Thursday, April 4, 2019. This request is made in good faith and not for the purpose of delay. The Defendants respectfully submit that none of the parties will be prejudiced by the extension of time sought.

DATED this 21st day of March, 2019.

AARON D. FORD
Attorney General

By: *[signature]*
ROBERT W. DeLONG
Deputy Attorney General
State of Nevada
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

*No further extensions shall be granted.*

IT IS SO ORDERED

*[signature]*
U.S. MAGISTRATE JUDGE
DATED: 3/25/2019

2